

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JUDITH WALKER,

    Plaintiff,

v.

DOES 1-10,

    Defendants.

Case No. CV 02-6941-ODW (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation filed January 18, 2008, to which objections were filed. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation and orders that the complaint be dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Report and Recommendation, and the Judgment herein on all parties.

Dated: 3-31-2008

Otis D. Wright, II
United States District Judge