JS-6, ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JUDITH WALKER, | Case No. CV 02-6941-ODW (MLG) |
|        Plaintiff, | JUDGMENT |
|        v. | |
| DOES 1-10, | |
|        Defendants. | |

IT IS ADJUDGED that the action herein is dismissed as to all defendants with prejudice.

Dated: _03-31-2008_

Otis D. Wright, II
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY